JOHN L. BONEE, as Receiver of PALLOTTI, ANDRETTA & COMPANY, INC., Appellant, v. GUARANTY TRUST COMPANY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

REINHARDT HOLDING CORPORATION, Respondent, Appellant, v. INTERNATIONAL TICKET SCALE CORPORATION, Appellant, Respondent. (Action No. 1.) — Order appealed from by plaintiff denying its motion to resettle the interlocutory judgment unanimously reversed and the motion granted. The plaintiff is entitled to receive under the provisions of its contract with defendant five per cent of the gross receipts collected from the machines. The interlocutory judgment appealed from by defendant, as modified by the resettlement, is unanimously affirmed, with costs to the plaintiff. Settle orders on notice. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

REINHARDT HOLDING CORPORATION, Respondent, Appellant, v. INTERNATIONAL TICKET SCALE CORPORATION, Appellant, Respondent. (Action No. 2.) — Order appealed from by plaintiff denying its motion to resettle the interlocutory judgment is unanimously reversed and the motion granted. The plaintiff is entitled to receive under the provisions of its contract with defendant five per cent of the gross receipts collected from the machines. The interlocutory judgment appealed from by defendant, as modified by the resettlement, is unanimously affirmed, with costs to the plaintiff. Settle orders on notice. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. A. HENRY ROSS, Appellant, Impleaded with Another.— Judgment and order unanimously affirmed as to defendant-appellant. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

JULIUS FRANKEL, Respondent, v. ÆTNA LIFE INSURANCE COMPANY, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Dore and Cohn, JJ.

IDA L. FRY, Appellant, v. WILLIAM J. ROSENBERG, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

MAX SCHWARZ TEXTILE CORPORATION, Respondent, v. ROSS WASHER and MONROE WASHER, Appellants, Impleaded with Another.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of MARIE L. O'NEILL, as Sole Executrix, etc., of LILLIAN C. RAINBOW, Deceased, to Discover Certain Property of Said Deceased Claimed to Be Withheld from This Estate by JOHN R. RAINBOW, Respondent. MARIE L. O'NEILL, as Ancillary Executrix, etc., of LILLIAN C. RAINBOW, Deceased, Appellant; JOHN R. RAINBOW, Respondent.— Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

NATHAN UBERSTINE and MEYER J. COHEN, Appellants, v. HELEN ROSENBERG, Respondent.—Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.